RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RICHARD ORTIZ<br>FED. REG. #25615-076 | CIVIL ACTION NO. 14-cv-2738<br>SECTION P |
| VS. | JUDGE MINALDI |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's petition for writ of *habeas corpus* (Rec. Doc. 1) IS **DISMISSED WITHOUT PREJUDICE.**

Lake Charles, Louisiana, on this __2__ day of _____Dec_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE